In the Matter of BLOSSOM VIEW NURSING HOME, Appellant, v ANTONIA C. NOVELLO, M.D., as Commissioner of Health of State of New York, et al., Respondents.

Submitted January 3, 2005; decided January 13, 2005

Motion by Concourse Rehabilitation & Nursing Center, Inc. et al. for leave to appear amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

JOSEPH DALTON et al., Appellants-Respondents, v GEORGE PATAKI, as Governor of the State of New York, et al., Respondents-Appellants, et al., Respondents. (Action No. 1.)

LEE KARR, Appellant-Respondent, v GEORGE PATAKI, as Governor of the State of New York, et al., Respondents-Appellants, et al., Respondents. (Action No. 2.)

Submitted December 20, 2004; decided January 13, 2005

Motion by Standardbred Owners Association, Inc. et al. for leave to appear amici curiae on the appeals herein granted to the extent that the proposed brief is accepted as filed. Twenty copies of the brief may be filed and three copies served within 10 days.